## Byington v. Robinson.

*Appeal from Johnson District Court—Friday, April* 28.

### DILATORY APPEAL.

Motion to submit the cause on its merits. The appeal was taken July 5th, 1860, and the transcript filed in this court on the 21st of April, 1864.

PER CURIAM.—This cause will not be heard at this term, as the appellee does not make an appearance. The appellant will not be permitted to submit the cause for final determination, without additional notice to the appellee, after allowing almost four years to elapse between the taking of the appeal and the filing of the transcript. The cause will stand continued for notice to the appellee.